MARIE TRIMBLE HOLVICK (SBN: 257891)
RONNIE SHOU (SBN: 312955)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4242
Facsimile: (415) 986-8054
mholvick@grsm.com
rshou@grsm.com

Attorneys for Defendants
VASONA MANAGEMENT, INC. and
CATALINA CREST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.W., a minor by and through his Guardian Ad Litem, JOAN BENNET; and Shamon Blue, his natural parent,<br><br>Plaintiffs,<br><br>v.<br><br>VASONA MANAGEMENT, INC., a California corporation; CATALINA CREST, LLC, a California limited liability company; and DOES 1-1-, inclusive,<br><br>Defendants. | **CASE NO. 3:18-cv-00195-JST**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO CONDUCT JOINT SITE INSPECTION**<br><br>Honorable Jon S. Tigar |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PURSUANT TO CIVIL LOCAL RULE 6-1(A) AND GENERAL ORDER 56, VASONA MANAGEMENT, INC. and CATALINA CREST, LLC (COLLECTIVELY "DEFENDANTS") AND PLAINTIFFS D.W., A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM, JOAN BENNET; AND SHAMON BLUE (COLLECTIVELY "PLAINTIFFS") BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Plaintiffs filed their First Amended Complaint for access related violations

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

of the Americans with Disabilities Act, the Federal Fair Housing Act and related California statutes on March 12, 2018;

WHEREAS, Defendants filed an answer to Plaintiffs' FAC on April 5, 2018;

WHEREAS, Plaintiffs and Defendants (the "Parties") had until May 18, 2018 to complete their joint site inspection pursuant to a previously filed stipulation;

WHEREAS, Plaintiffs and Defendants, through their counsel, have scheduled a mutually agreeable time for the joint site inspection;

WHEREAS, the Parties have jointly agreed to postpone the joint site inspection deadline until June 13, 2018;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs and Defendants shall have until June 13, 2018 to complete the joint site inspection, and subsequent General Order 56 deadlines triggered by the joint site inspection shall be continued accordingly. This stipulation does not alter any other dates or deadlines set by Court order.

Dated: May 21, 2018   GORDON & REES
SCULLY MANSUKHANI LLP

By:  /s/ Ronnie Shou
Marie Trimble Holvick
Ronnie Shou
Attorneys for Defendants
VASONA MANAGEMENT, INC. and
CATALINA CREST, LLC

Dated: May 21, 2018   AllAccess Law Group

By:  /s/ Irakli Karbelashvili
Irene Karbelashvili
Irakli Karbelashvili
Attorneys for Plaintiffs
D.W. and SHAMON BLUE

## ORDER

Pursuant to the stipulation above, and good cause appearing therefore, the date by which the parties will have to complete their joint site inspection shall be extended to June 13, 2018.

IT IS SO ORDERED.

Dated: May 22, 2018

_____
Hon. Jon S. Tigar
Judge of the United States District Court