ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone:     (408) 295-0137
Facsimile:      (408) 295-0142

Attorneys for D.W. and SHAMON BLUE, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.W., a minor, et al.<br><br>               Plaintiffs,<br><br>    vs.<br><br>VASONA MANAGEMENT, INC., a California corporation et al.<br><br>          Defendants | Case No. 4:18-cv-00195-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE MEDIATION DEADLINE** |

IT IS HEREBY STIPULATED by and between Plaintiffs D.W., a minor by and through his Guardian Ad Litem, Joan Bennet; and Shamon Blue (collectively "Plaintiffs") and Vasona Management, Inc. and Catalina Crest, LLC (collectively "Defendants") by and through their respective counsel of record that the deadline to conduct Court sponsored mediation in accordance with General Order 56 and the Court's Scheduling Order be continued from October 29, 2018 to January 3, 2019. The parties believe that good cause exists based on the following:

1. Plaintiffs filed this action on January 9, 2018 alleging that Defendants have violated Title III of the Americans with Disabilities Act, the Federal Fair Housing Act and supplemental California statutes. The case was assigned to the provisions of General Order 56.

2. On June 13, 2018 the parties conducted a General Order 56 joint site inspection after obtaining a deadline extension from the Court. (Dkt. 15).

3. The parties have since entered into settlement discussions but not settlement has been reached.

4. On July 31, 2018 Plaintiff requested mediation. (Dkt. 16).

5. On August 9, 2018 the ADR Unit appointed Mark Penskar, Esq. as the mediator. On August 29, 2018 the ADR Unit appointed Robert Pohls, Esq. as the new mediator.

6. Due to Mr. Pohls being ill, the parties did not hold a pre-mediation conference call until October 31, 2018. At the pre-mediation conference call the parties agreed to have the mediation session on January 3, 2018, the earliest date available for everyone involved.

7. The current deadline to complete mediation is October 29, 2018. Accordingly, the parties now need an extension of the mediation deadline.

        Respectfully submitted,

                                    GORDON & REES

Dated:  November 29, 2018          SCULLY MANSUKHANI LLP




                                    By:   */s/ Marie Trimble Holvick*
                                          Marie Trimble Holvick
                                          Ronnie Shou
                                          Attorneys for Defendants
                                          VASONA MANAGEMENT, INC. and
                                          CATALINA CREST, LLC

Dated: November 27, 2018

AllAccess Law Group

By:  */s/ Irakli Karbelashvili*
Irene Karbelashvili
Irakli Karbelashvili
Attorneys for Plaintiffs
D.W. and SHAMON BLUE

## DECLARATION IN SUPPORT OF STIPULATION

I, Irakli Karbelashvili, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and I am admitted to practice before this Court. I am counsel of record for Plaintiffs. I submit this declaration pursuant to Local Rule 6-2 in support of the parties' stipulation to continue the mediation deadline.

2. Pursuant to Local Rule 6-2, I attest that the facts set forth in the stipulation are all true and accurate. The relief requested in this stipulation is necessary because the parties were unable to meet the October 29, 2018 mediation deadline. Mediation is currently scheduled for January 3, 2019.

3. This is the parties' second request for a time modification. (Dkt. 15).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Jose, California on November 27, 2018.

*/s/  Irakli Karbelashvili*
Irakli Karbelashvili

**~~[PROPOSED]~~ ORDER**

Having reviewed the above stipulation, and good cause having been shown, the deadline to hold a mediation session under General Order 56 is continued to January 3, 201; .

**IT IS SO ORDERED.**

Dated: <u>December 3</u>, 2018



_____
United States District Judge