MARIE TRIMBLE HOLVICK (SBN: 257891)
RONNIE SHOU (SBN: 312955)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4242
Facsimile: (415) 986-8054
mholvick@grsm.com
rshou@grsm.com

Attorneys for Defendants
VASONA MANAGEMENT, INC. and
CATALINA CREST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.W., a minor by and through his Guardian Ad Litem, JOAN BENNET; and Shamon Blue, his natural parent,<br><br>Plaintiffs,<br><br>v.<br><br>VASONA MANAGEMENT, INC., a California corporation; CATALINA CREST, LLC, a California limited liability company; and DOES 1-1-, inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-00195-JST<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Honorable Jon S. Tigar |

## STIPULATION

It is hereby stipulated by and between plaintiffs D.W., a minor by and through his Guardian Ad Litem, JOAN BENNET; and SHAMON BLUE ("Plaintiffs"), on the one hand, and, on the other hand, defendants VASONA MANAGEMENT, INC. and CATALINA CREST, LLC ("Defendants"), through their respective counsel, as follows:

1. The initial Case Management Conference (CMC) is currently set in this matter for February 27, 2019 at 2:00 p.m.

2. Lead counsel for Defendants begins trial on February 19, 2019 and will likely still

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

be in trial by February 27, 2019.

   3. The parties have agreed to continue the CMC to March 13, 2019 at 2:00 p.m., a date that is available on the Court's calendar. The parties also agree that the other case management dates tied to the CMC date (e.g., for filing of the Initial CMC Statement, serving Initial Disclosures) shall run from the re-scheduled CMC date.

   4. There have been no previous time modifications to the CMC.

   5. The requested time modification would have no impact on the schedule for the case given that trial has not been set and no discovery has been served.

IT IS HEREBY STIPULATED.

Dated: January 31, 2019        GORDON & REES
                  SCULLY MANSUKHANI LLP

                  By: */s/ Ronnie Shou*
                     Marie Trimble Holvick
                     Ronnie Shou
                     Attorneys for Defendants
                     VASONA MANAGEMENT, INC. and
                     CATALINA CREST, LLC

Dated: January 31, 2019        AllAccess Law Group

                  By: */s/ Irene Karbelashvili*
                     Irene Karbelashvili
                     Irakli Karbelashvili
                     Attorneys for Plaintiffs
                     D.W. and SHAMON BLUE

## ORDER

Based on the Stipulation of the parties, and good cause otherwise appearing, the Initial Case Management in this matter is hereby continued from February 27, 2019 at 2:00 p.m. to **March 13, 2019** at 2:00 p.m. Additionally, the other case management dates tied to the CMC date (e.g., for filing of the Initial CMC Statement, serving Initial Disclosures) shall run from the re-scheduled CMC date.

IT IS SO ORDERED.

Dated: ~~January ___, 2019~~
February 4, 2019

_____
Jon S. Tigar
United States District Court Judge