ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone:   (408) 295-0137
Facsimile:    (408) 295-0142

Attorneys for D.W. and SHAMON BLUE, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.W., a minor, et al.<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>VASONA MANAGEMENT, INC., a California corporation et al.<br><br>　　　　　Defendants | Case No. 4:18-cv-00195-JST<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, BY AND BETWEEN PLAINTIFFS D.W. and SHAMON BLUE (collectively, "Plaintiffs") and Defendants VASONA MANAGEMENT, INC., a California corporation and CATALINA CREST, LLC, a California limited liability company (collectively, "Defendants"), through their counsel of record, that Plaintiffs may file a Second Amended Complaint in order to add additional alleged accessibility barriers identified by Plaintiffs' expert at the General Order 56 inspection and subsequent alleged incidents of discrimination.

A True and correct copy of the proposed Second Amended Complaint with the substantive changes highlighted is attached hereto as **Exhibit "A"**.

Respectfully submitted,

Dated: March 19, 2019  */s/ Irakli Karbelashvili*
By Irakli Karbelashvili, Attorney for Plaintiffs
D.W. and SHAMON BLUE

Dated: March 21, 2019  */s/ Ronnie Shou*
By Ronnie Shou, Attorney for Defendants
VASONA MANAGEMENT, INC., a California
corporation and CATALINA CREST, LLC

**Filer's Attestation**

I, Irakli Karbelashvili, attest that I received concurrence from Defendants' counsel in the filing of this document.

*/s/ Irakli Karbelashvili*
By Irakli Karbelashvili

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

2

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation and good cause appearing, IT IS SO ORDERED. Plaintiffs shall file the Second Amended Complaint as a separate docket entry.

**IT IS SO ORDERED.**

Dated: March 22, 2019

_____
United States District Judge