ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone:     (408) 295-0137
Facsimile:      (408) 295-0142

Attorneys for D.W. and SHAMON BLUE, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| D.W., a minor, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>VASONA MANAGEMENT, INC., a California corporation et al.<br><br>　　　　　　　Defendants | Case No. 4:18-cv-00195-JST<br><br>**[PROPOSED] ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL

1

Pursuant to the parties' Stipulation Dismissing Action with Prejudice (ECF 95), and good cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice in its entirety. Each party shall bear his/her/its own costs and attorney's fees.

IT IS SO ORDERED.

Dated __November 30, 2020__            _____
United States District Judge Jon S. Tigar
Northern District of California